United Building Material Company, Respondent, v. The City of New York and Others, Defendants, Impleaded with William E. Paine and Benjamin B. Odell, Jr., as Receivers of Thomas McNally Company, Appellants.— Judgment affirmed, with costs. No opinion. Jenks, P. J., Thomas, Carr and Woodward, JJ., concurred; Burr, J., concurred upon the ground that the decision of this case is controlled by a previous decision of this court between the same parties. (See 141 App. Div. 921.)